IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA ex rel.

BARBARA SCHUBERT

Plaintiff,

v.

ALL CHILDREN'S HEALTH SYSTEM, INC, et al.,

Defendants.

_____/

CASE NO. 8:11-CV-1687-T-27EAJ

FILED IN CAMERA
AND UNDER SEAL

EX PARTE
FILED UNDER SEAL
[PURSUANT to 31 U.S.C.
§ 3730(b)(2)(3)]

NOTICE OF THE UNITED STATES THAT
IT IS NOT INTERVENING AT THIS TIME

By Order of July 5, 2012, the Court established July 26, 2012, as the deadline for the United States to inform the Court whether it will intervene in this action. Despite diligent effort, as of this date, the United States has not been able to complete its investigation sufficiently to make an informed decision whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government will continue its investigation.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(c)(3), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or any of the defendants propose that this action be dismissed, settled, or

otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that only the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

July 26, 2012

Respectfully submitted,

**STUART F. DELERY**
Acting Assistant Attorney General

**ROBERT E. O'NEILL**
United States Attorney

_____
CHARLES T. HARDEN III
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200

Tampa, Florida 33602
Tel: (813) 274-6164
Fax: (813) 274-6200
Email: charles.harden@usdoj.gov

*Charles T. Harden*

for: DAVID WISEMAN
Trial Attorney, Civil Division
Commercial Litigation Branch
601 D Street, N.W., 9th Floor
Washington, DC 20004
(202) 514-0132
Email: David.Wiseman@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2012, the foregoing document was filed with the Clerk of Court and a copy thereof has been served by U.S. Mail upon the following:

Jill Estes, Esq.
James, Hoyer, Newcomer & Smiljanich, PA
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
*Counsel for Relator*

By: *Charles T. Harden*
CHARLES T. HARDEN III
Assistant United States Attorney