UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA *ex rel.*
BARBARA SCHUBERT,

    Plaintiff,

vs.                                        Case No. 8:11-CV-1687-T-27EAJ

ALL CHILDREN'S HEALTH SYSTEM, INC., et al.,

    Defendants.

_____/

## ORDER

The United States has declined to intervene in this *Qui Tam* action at this time, and the time for the State of Florida to intervene has passed. Upon consideration, the Clerk is directed to unseal and file the following documents in the public record: (1) the Second Amended Complaint (Dkt. S-11), (2) the notice that the United States is not intervening at this time (Dkt. S-16), and (3) the order administratively closing this action (Dkt. S-8). All other documents currently in the Court's file shall remain under seal and shall not be made public or served upon Defendants.

**DONE AND ORDERED** this 13th day of August, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record