UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA *ex rel.*
BARBARA SCHUBERT,

        Plaintiffs,

v.                                          Case No. 8:11-CV-1687-T-27-EAJ

ALL CHILDREN'S HEALTH SYSTEM, INC.,
PEDIATRIC PHYSICIANS SERVICES, INC.
and ALL CHILDREN'S HOSPITAL, INC.,

        Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants All Children's Health System, Inc., Pediatric Physicians Services, Inc., and All Children's Hospital, Inc. ("Defendants"), by and through their undersigned Counsel and pursuant to Local Rule 3.01(c), hereby move for leave to file a reply in support of Defendants' Motion to Dismiss Third Amended Complaint. [Dkt. 58] This Court should allow a brief reply for the following reasons:

    1.    Defendants' reply would be limited to three pages and would address an incorrect statement in the United States' Statement of Interest concerning *United States v. Rogan*, 459 F. Supp. 2d 692, 710-11 (N.D. Ill. 2006), *aff'd* 517 F.3d 449 (7th Cir. 2008). See [Dkt. 59] at 8. The United States cited *Rogan* in response to Defendants' having pointed out that CMS is aware of many Stark Law violations (and even has a protocol for health providers to self-disclose Stark Law violations), but the Relator has not alleged that CMS in

fact recoups FFP payments from States after CMS learns of Stark Law violations. *See* [Dkt. 58] at 17-18. In a Reply, Defendants would demonstrate that the United States has not correctly described *Rogan*, and does not dispute that the United States has never recouped FFP from a State after CMS learned of a Stark Law violation.

2. This Court has the authority to permit a reply and, for the foregoing reasons, should do so. *See Ottaviano v. Nautilus Ins. Co.*, No. 8:08-cv-2204-T-33TGW, 2009 WL 425976, at *1 (M.D. Fla. Feb. 19, 2009). Should the Court grant the Motion, Defendants will promptly file the Reply.

WHEREFORE, Defendants All Children's Health System, Inc., Pediatric Physicians Services, Inc., and All Children's Hospital, Inc., respectfully request that this Court grant leave to file a three page reply in Support of Defendants' Motion to Dismiss Third Amended Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for Defendants has spoken with counsel for Plaintiff Barbara Schubert, and counsel for the United States, and have been informed that they do not oppose the relief sought in this Motion.

Dated:   August 15, 2013
         Tampa, Florida

Respectfully submitted,

/s/Latour "LT" Lafferty
Latour "LT" Lafferty, FBN 0975575
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel.: (813) 222-1106
Fax: (813) 384-2830
ltlafferty@fowlerwhite.com

Jesse A. Witten (admitted *pro hac vice*)
Mark H. M. Sosnowsky (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
jesse.witten@dbr.com
mark.sosnowsky@dbr.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/Latour "LT" Lafferty
Latour "LT" Lafferty, FBN 0975575
