UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA *ex rel.*
BARBARA SCHUBERT,

    Plaintiffs,

vs.                                                                                     Case No. 8:11-cv-01687-T-27EAJ

ALL CHILDREN'S HEALTH SYSTEM, INC.,
et al.,

    Defendants.
_____/

## NOTICE OF PROPOSED SETTLEMENT
## AND JOINT MOTION FOR STAY

COME NOW, the Defendants and the Relator, by and through the undersigned counsel, and respectfully provide this Court notice pursuant to Local Rule 3.08(a), that they have reached a settlement in principle of this case and jointly move the Court to stay all pretrial scheduling deadlines in this case for sixty (60) days pending Government approval of the settlement. In support hereof, the parties state as follows:

1.     Relator filed this action under the *qui tam* provisions of the federal and Florida False Claims Acts.

2.     Neither the United States nor the State of Florida intervened, and the Relator has proceeded with this action pursuant to 31 U.S.C. 3730(c)(3) and Fla. Stat. § 68.084(3).

3.     On December 24, 2013, the Court entered an Amended Case Management and Scheduling Order adjusting the pretrial discovery deadlines, and the trial, in this case.

4.     On January 13, 2014, the Defendants and the Relator engaged in voluntary mediation and reached a settlement in principle and then proceeded to negotiate the terms of a

written settlement agreement. On February 6, 2014, the Defendants and the Relator submitted a draft settlement agreement and a draft stipulation of dismissal to the United States and the State of Florida for approval.

5. Pursuant to Local Rule 3.08(a) and Paragraph 12 of the Court's December 24, 2013 Case Management Order [Dkt. 76], the Defendants and the Relator respectfully notify the Court that they have reached a settlement in principle of this action pending approval by the United States and the State of Florida.

6. Although the Defendants and the Relator have reached a settlement, the draft settlement agreement needs to be reviewed and approved by the United States and the State of Florida as the real parties in interest. *See* 31 U.S.C. § 3730(b)(1). The Defendants and the Relator reasonably anticipate that it will take approximately sixty (60) days to obtain the necessary approvals and submit a joint stipulation of dismissal to the Court.

7. The undersigned counsel have conferred with the Government who indicate that they do not oppose the requested relief.

8. For the foregoing reasons, the Defendants and the Relator jointly move the Court for a sixty (60) day stay of this litigation to provide sufficient time to obtain the necessary approval of the United States and the State of Florida.

### MEMORANDUM OF LAW

This Motion is made pursuant to Local Rule 3.01(a), Rules of the District Court of the United States for the Middle District of Florida, and is within the sound discretion of the Court. The requested relief, however, would save the Court, the Defendants and the Relator valuable judicial and financial resources. The Defendants and the Relator have diligently endeavored in good faith to mediate the case, have agreed on settlement terms and have submitted a draft


settlement agreement to the United States and the State of Florida for review and approval. Undersigned counsel understand that Government approval of a *qui tam* settlement requires approval by multiple individuals and agencies, and the review process can take time. Accordingly, this Motion is made in good faith, not for the purpose of delay, and the granting of the requested relief would be in the interests of justice.

WHEREFORE, the Defendants and the Relator respectfully request that the Court grant this Motion staying all pretrial discovery deadlines for sixty (60) days.

DATED: February 18, 2014

Respectfully submitted,

/s/ Christopher Casper
Christopher Casper, FBN 048320
ccasper@jameshoyer.com
Elaine Stromgren, FBN 0471610
estromgren@jameshoyer.com
Jillian Estes, FBN 0055774
jestes@jameshoyer.com
James, Hoyer, Newcomer and
Smiljanich, P.A.
4830 West Kennedy Blvd.
One Urban Center, Suite 550
Tampa, FL 33609
Tel: (813) 397-2300
Fax: (813) 397-2310

Attorneys for Relator

/s/ Latour "LT" Lafferty
Latour "LT" Lafferty, FBN 0975575
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Tel: (813) 227-6361
Fax: (813) 229-0134
lt.lafferty@hklaw.com

Jesse A. Witten (admitted *pro hac vice*)
Mark H. M. Sosnowsky (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
Tel: (202) 842-8800
Fax: (202) 842-8465
jesse.witten@dbr.com
mark.sosnowsky@dbr.com

Attorneys for Defendants

#27894869_v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system.

/s/ Latour "LT" Lafferty
Latour "LT" Lafferty, FBN 0975575

#27894869_v1